Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, California 90245
Telephone: 310-640-1200
Facsimile: 310-640-0200
Email: jrund@srlawyers.com

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| DIVERSIFIED PHOTO SUPPLY CORPORATIO | § § § § | Case No. 2:14-bk-24906-TD |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JASON M. RUND, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    United States Bankruptcy Court
    Central District of California
    Edward R. Roybal Federal Building
    255 E. Temple Street, Room 940
    Los Angeles, California 90012

   A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:00 a.m. on January 11, 2017 in Courtroom 1345, Edward R. Roybal Federal Building and Courthouse, located at 255 East Temple Street, Los Angeles, California 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 11/23/2016      By: /s/ JASON M. RUND

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIVERSIFIED PHOTO SUPPLY CORPORATIO | § § § | Case No. 2:14-bk-24906-TD |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 75,824.37 |
| and approved disbursements of | $ | 8,004.61 |
| leaving a balance on hand of[1] | $ | 67,819.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JASON M. RUND, TRUSTEE | $ 7,041.22 | $ 0.00 | $ 7,041.22 |
| Trustee Expenses: JASON M. RUND, TRUSTEE | $ 1,121.98 | $ 0.00 | $ 1,121.98 |
| Attorney for Trustee Fees: SHERIDAN & RUND, PC | $ 26,632.50 | $ 0.00 | $ 26,632.50 |
| Accountant for Trustee Fees: HAHN FIFE & COMPANY LLP | $ 12,907.00 | $ 0.00 | $ 12,907.00 |
| Accountant for Trustee Expenses: HAHN FIFE & COMPANY LLP | $ 281.30 | $ 0.00 | $ 281.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 47,984.00 |
| Remaining Balance | $ | 19,835.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,192.75  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | STATE BOARD OF EQUALIZATION | $ 1,192.75 | $ 0.00 | $ 1,192.75 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 1,192.75 |
| Remaining Balance | $ | 18,643.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 531,344.71  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FUJI FILM NORTH AMERICA CORPORATION | $ 225,721.03 | $ 0.00 | $ 7,919.75 |
| 000002 | UNITED PARCEL SERVICE | $ 2,559.63 | $ 0.00 | $ 89.81 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | SOUTHPOINT PHOTO SUPPLY, INC. | $ 11,300.10 | $ 0.00 | $ 396.48 |
| 000004 | ELITE LOGISTICS, LLC. | $ 9,793.87 | $ 0.00 | $ 343.63 |
| 000005 | SAWGRASS TECHNOLOGIES, INC. | $ 6,858.12 | $ 0.00 | $ 240.63 |
| 000006 | SPEE DEE DELIVERY SERVICE INC | $ 4,029.89 | $ 0.00 | $ 141.39 |
| 000007 | FINANCIAL PACIFIC LEASING, INC. | $ 2,552.52 | $ 0.00 | $ 89.56 |
| 000008 | CHAMPION PHOTOCHEMISTRY SDN BHD | $ 4,301.38 | $ 0.00 | $ 150.92 |
| 000009 | IMAGE TECH MARKETING | $ 11,900.00 | $ 0.00 | $ 417.53 |
| 000010 | ARS SERVICE, LLC. | $ 274.98 | $ 0.00 | $ 9.65 |
| 000011 | FEDEX TECH CONNECT INC | $ 4,209.18 | $ 0.00 | $ 147.69 |
| 000012 | FUJIFILM HUNT CHEMICALS USA INC | $ 15,222.00 | $ 0.00 | $ 534.09 |
| 000013 | R&L CARRIERS INC | $ 13,898.41 | $ 0.00 | $ 487.65 |
| 000014 | PREFERRED EMPLOYERS INSURANCE | $ 629.00 | $ 0.00 | $ 22.07 |
| 000015 | AMERICAN EXPRESS BANK, FSB | $ 15,088.12 | $ 0.00 | $ 529.38 |
| 000016 | MITSUBISHI IMAGING (MPM) INC. | $ 203,006.48 | $ 0.00 | $ 7,122.78 |
| 000017 | JOHN CONROY | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | ROSE BENTON | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     18,643.01

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 42,883.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | PATTY D. MORRIS | $ 33,867.48 | $ 0.00 | $ 0.00 |
| 000020 | REBECCA BOLES | $ 9,015.77 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $               0.00

Remaining Balance     $               0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 272.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021A | STATE BOARD OF EQUALIZATION | $ 272.86 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $               0.00

Remaining Balance     $               0.00

Prepared By: /s/JASON M. RUND

*JASON M. RUND, TRUSTEE*
*840 APOLLO STREET, SUITE 351*
*EL SEGUNDO, CA 90245*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.